ORIGINAL

RECEIVED
MAR 2 1 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Gulf Insurance Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Robert G. Barbour

Firm Name: Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

03-626C

Post Office Box:

Street Address: 7929 Westpark Drive, Suite 400

City-State-Zip: McLean, Virginia 22102

Telephone & Facsimile Numbers: (703) 749-1000 (ph) (703) 893-8029 (Fx)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

This is an action by a surety against the United States under the Tucker Act and based upon the surety's right of equitable subrogation.

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $56,937.38

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 1, 2002