IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Gulf Insurance Co. | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-623C |
| | ) | (Senior Judge Smith) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Margaret McGhee as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Margaret McGhee
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: May 15, 2003

s/ Margaret McGhee

Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 305-3634
Fax: (202) 514-8624

Certificate of Filing

I hereby certify that on May 16, 2003, a copy of the foregoing notice of appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on May 16, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing notice of appearance addressed as follows:

Robert G. Barbour
Watt, Tieder, Hoffar, & Fitzgerald, L.L.P.
7929 Westpark Drive, Suite 400
McLean, VA 22102

____________s/ Margaret McGhee