IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Gulf Insurance Co., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-626C |
| | ) | (Senior Judge Smith) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests a 60-day enlargement of time, to and including July 21, 2003, to file a response to the complaint filed by plaintiff, Gulf Insurance Co. Our response is currently due on May 20, 2003. This is our first request for an enlargement of time. Plaintiff's counsel does not oppose this request.

The requested enlargement of time is necessary because counsel for the United States has not yet received a litigation report from the Department of the Army. Agency counsel has been working diligently to assemble factual information necessary to enable us to prepare a responsive pleading. However, the Army is also considering whether to delegate this case to the Army Corps of Engineers, and needs additional time to make that determination.

In addition, the undersigned counsel will be attending training in South Carolina from June 16, 2003 through June 26, 2003, and will therefore be unable to devote significant time to

this case during that period of time. The requested enlargement of time is necessary to enable agency counsel to local necessary records and to allow us to coordinate our response with the Army.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may respond to the plaintiff's complaint by 60 days, to and including July 21, 2003.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

/s Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s Margaret E. McGhee
MARGARET E. McGHEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8624

May 20, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2003, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on May 20, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" addressed as follows:

Robert G. Barbour, Esquire
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
7929 Westpark Drive, Suite 400
McLean, VA 22102

/s Margaret E. McGhee