# In the United States Court of Federal Claims

**03-626**

**Filed: May 21, 2003**

**GULF INSURANCE COMPANY**

**v.**

**THE UNITED STATES**

## NOTICE

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the defendant's motion, filed , for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Margaret M. Earnest
Margaret M. Earnest, Clerk of Court