# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**GULF INSURANCE COMPANY,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 03-626 C

Senior Judge Loren A. Smith

Filed: January 29, 2004

**ORDER**

The parties are hereby **ORDERED** to participate in a telephonic status conference Wednesday, March 10, 2004 at 3:30 p.m., E.S.T. to update the Court on the conclusion of written discovery as well as upcoming depositions with an eye toward setting a schedule for dispositive motions.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE