# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **GULF INSURANCE COMPANY,** | * | |
| *Plaintiffs,* | * | Case No. 03-626 C |
| v. | * | |
| | * | Senior Judge Loren A. Smith |
| | * | Filed: Tuesday, March 16, 2004 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

In accordance with its oral ruling at the March 10, 2004 telephonic status conference, the Court hereby **ORDERS** the following briefing schedule: Defendant's Motion for Summary Judgment and/or Motion to Dismiss are due Friday, April 30, 2004, Plaintiff's Response and Cross Motion for Summary Judgment are due Friday, May 28, 2004, Defendant's Reply and Opposition are then due June 11, 2004, and finally, Plaintiff's Reply to Defendant's Opposition is then due Friday, June 25, 2004.

Further, the Court hereby **ORDERS** the parties to attend Oral Argument Thursday, July 8, 2004 at 2:30 p.m. in Courtroom 9 of The National Courts Building.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE