IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF INSURANCE CO., | ) | |
| Plaintiff, | ) | No. 03-626C |
| | ) | (Senior Judge Smith) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND FOR ENTRY OF A MODIFIED BRIEFING SCHEDULE

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including May 21, 2004, to file our dispositive motion. Our motion is currently due on April 30, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

The requested enlargement of time is necessary because the undersigned counsel has been required to spend an unexpected amount of time drafting an opposition to plaintiff's motion for summary judgment in Mack v. United States, Fed. Cl. No. 03-802. That opposition is due on April 30, 2003. In addition, the undersigned counsel is required to file a formal brief in Thomas v. Dep't of Defense, Fed. Cir. No. 04-3115, on May 7, 2004, and an answer in Lamar Int'l v. United States, Fed. Cl. No. 04-146, on May 5, 2004.

We have discussed the briefing schedule with plaintiff's counsel. The parties respectfully request that the Court modify its order of March 16, 2004 as follows:

(1) Defendant will file its motion to dismiss and/or motion for summary judgment on or before May 21, 2004.

(2) Plaintiff will file its response and cross-motion for summary judgment on or before July 2, 2004.

(3) Defendant will file its reply and opposition on or before July 23, 2004.

(4) Plaintiff will file its reply on or before August 13, 2004.

The parties further respectfully request that the Court schedule oral argument on a date after August 23, 2004.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the time within which we may file our dispositive motion by 21 days, to and including May 21, 2004. We further request that the Court enter an order setting out the briefing schedule described above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Margaret E. McGhee
MARGARET E. McGHEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 305-3634
Fax. (202) 514-8640

April 28, 2004

Attorneys for Defendant

NOTICE OF FILING

I hereby certify that on April 28, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND FOR ENTRY OF A MODIFIED BRIEFING SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Margaret E. McGhee