# INDEX TO APPENDIX


| Item | Page |
|---|---|
| Solicitation, Offer and Award of Contract | 1 |
| Memo, dated 10 Sept 99, Reflecting Final Pay | 3 |
| Gulf Insurance Power of Attorney | 5 |
| Performance Bond | 6 |
| Payment Bond | 7 |
| Notice to Proceed | 8 |
| COP, Inc., Letter, dated February 10, 1999 | 9 |
| Fowler Memo, dated 23 March, 1999 | 10 |
| Fowler Memo, dated March 29, 1999 | 11 |
| Pay Screen | 13 |
| Addis, Greenberg Letter, dated October 30, 2001 | 14 |
| Pay Screen Showing Final Payment | 17 |
| Addis, Greenberg Letter, dated September 4, 2002 | 18 |
| Contracting Officer Letter, dated December 28, 2001 | 23 |
| Letter Declining Reconsideration, dated January 13, 2003 | 25 |

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DACW43-98-B-0210 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 11/17/97 | PAGE OF PAG 1 of 2 |
|---|---|---|---|---|

RTANT - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. DACW43-98-C-0407 | 5. REQUISITION/PURCHASE REQUEST NO. W81C8X-7289-9086 | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY | CODE CELMS-CT | 8. ADDRESS OFFER TO |
|---|---|---|
| US ARMY ENGINEER DISTRICT ST LOUIS CE<br>ATTN: CEMVS-CT<br>1222 SPRUCE STREET<br>ST LOUIS MO 63103-2833 | | Bid Opening Room 4.203<br><br>Hand carried bids will be received on the fourth floor in room 4.203 until 11:00 AM |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) |
|---|---|---|
| | Kathleen A. Ebmeier<br>Daryl N. Atchley | (314) 331-8511 (Contractual)<br>(314) 331-8223 (Technical) |

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

SHOWER BUILDING REPLACEMENT, REND LAKE, NORTH SANDUSKY ACCESS AREA, BIG MUDDY RIVER, FRANKLIN COUNTY, ILLINOIS

Description of Work The work consists of removal of the existing floor slab, pouring a new floor slab, constructing a new masonry shower building on the existing foundation walls and providing all required plumbing, hvac and electrical.

The estimated cost range of the project is between $100,000 and $250,000.

11. The Contractor shall begin performance within 15 calendar days and complete it within 150 calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See Section 00800-1, Para A)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.) ☒ YES ☐ NO | 12B. CALENDAR DAYS 010 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ______ copies to perform the work required are due at the place specified in Item 8 by 11:00 AM (hour) local time 12/17/97 (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code) (S)
Womack Brothers
419 Nashville
Lenzburg, Ill 62255
Vendor Code: 00012758

15. TELEPHONE NO. (Include area code) 618-475-2117

16. REMITTANCE ADDRESS (Include only if different than Item 14)

CODE FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 60 calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS** ▶ One hundred eighty thousand dollars
$180,000.00

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | 0001 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 12/16/97 | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
Jim Womack/Partner

20B. SIGNATURE [signature]

20C. OFFER DATE 12/31/97

AWARD (To be completed by Government)

21. ITEMS ACCEPTED:

1 thru 4

Angela Cole 2/11/98

22. AMOUNT
$180,000.00

23. ACCOUNTING AND APPROPRIATION DATA
96X31230000 082413 3200001V1M015190 NA 96233

24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ▶ ITEM 26
ATTN: F&A

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

26. ADMINISTERED BY CODE
Department of the Army
St. Louis District, Corps of Engineers
RAY Building, 1222 Spruce Street
St. Louis, Missouri 63103-2833

27. PAYMENT WILL BE MADE BY
Disbursing Officer
U.S. Army Engr. District, Memphis, CE
B-202 Clifford Davis Federal Bldg.
Memphis, TN 38103-1894

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☐ 28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ______ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☒ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print)
Jim Womack/Partner

30B. SIGNATURE [signature]

30C. DATE 12/31/97

31A. NAME OF CONTRACTING OFFICER (Type or print)
Joan F. Schick

31B. UNITED STATES OF AMERICA
BY Joan F. Schick

31C. AWARD DATE 2/11

STANDARD FORM 1442 BACK (REV. 4-85)

)010-2

CEMVS-CO-CA 10 Sept 99

MEMORANDUM FOR ~~CO-CF~~ DCM (Mueller, David)

SUBJECT: Contract No. DACW43-98-C-0407, Shower Building Replacement, North Sandusky Access Area, Rend Lake, Big Muddy River, Franklin County, Illinois, **Transfer of Final Pay Estimate**

1. Transmitted herewith for your signature is the final pay estimate for the subject contract. You are to sign the top signature block of block no. 13 on ENG Form 93. The data for the final pay request has been entered into CEFMS but not signed. (See attached sheet) You will need to electronically sign the request P.M. box in CEFMS.

2. After signing please forward the pay request thru CO-C to CT-~~Y~~ for processing.

Jay Fowler

JAY FOWLER
Resident Engineer
Central Area Office

SIGNED COMPLETE
FORWARD TO CONTRACT FILE IN CO-CA

# PAY ESTIMATE - CONTRACT PERFORMANCE

1. DATE 14-Sep-99 | SHEET 1 OF 1

| | | |
|---|---|---|
| 2. CONTRACT AND ADDRESS<br>Womack Brothers, 2211 State Route 13, Lenzburg, IL 62255 | 3. CONTRACT NO.<br>DACW43-98-C-0407 | 4. DISTRICT<br>St. Louis |
| 5. DESCRIPTION OF WORK<br>Shower Building Replacement | 6. APPROPRIATION AND PROJECT | 7. REQUIRED COMPLETION<br>DATE: August 25, 1998 |

| | | | |
|---|---|---|---|
| 8. LOCATION<br>Rend Lake, Franklin County, Illinois | 9. PERIOD COVERED BY THIS ESTIMATE<br>FROM 03/12/99 thru 03/22/99 | 10. JOB ORDER NO. | 11. ESTIMATE NO.<br>7-Final |

| ITEM NO. | DESCRIPTION | CONTRACT QUANTITY AND UNIT | | CONTRACT UNIT PRICE | CONTRACT AMOUNT | TOTAL TO DATE QUANTITY AND UNIT | | TOTAL TO DATE AMOUNT |
|---|---|---|---|---|---|---|---|---|
| a | b | c | | d | e | f | | g |
| 1 | Mobilization & Demobilization | 1 | LS | $5,000.00 | $5,000.00 | 1.00 | LS | $5,000.00 |
| 2 | Demolition | 1 | LS | $12,000.00 | $12,000.00 | 1.00 | LS | $12,000.00 |
| 3 | Rough in Plumbing & Electrical | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | LS | $20,000.00 |
| 4 | Concrete Work | 1 | LS | $9,500.00 | $9,500.00 | 1.00 | LS | $9,500.00 |
| 5 | Masonry Work | 1 | LS | $40,000.00 | $40,000.00 | 1.00 | LS | $40,000.00 |
| 6 | Carpentry | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | LS | $10,000.00 |
| 7 | Epoxy Flooring | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | LS | $15,000.00 |
| 8 | Plumbing & Electrical Finish | 1 | LS | $41,500.00 | $41,500.00 | 1.00 | LS | $41,500.00 |
| 9 | Painting | 1 | LS | $5,000.00 | $5,000.00 | 1.00 | LS | $5,000.00 |
| 10 | Partitions | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | LS | $20,000.00 |
| 11 | Grading & Seeding | 1 | LS | $2,000.00 | $2,000.00 | 1.00 | LS | $2,000.00 |
| | Change Order No. 1 | 1 | LS | $293.00 | $293.00 | 1.00 | LS | $293.00 |
| | Change Order No. 2 | 1 | LS | $1,933.80 | $1,933.80 | 1.00 | LS | $1,933.80 |
| | Change Order No. 3 | 1 | LS | $3,000.00 | $3,000.00 | 1.00 | LS | $3,000.00 |
| | Change Order No. 4 | 1 | LS | $7,499.00 | $7,499.00 | 1.00 | LS | $7,499.00 |

INCLUDES MODIFICATION THRU: P00005 — TOTAL CONTRACT → $192,725.80 — TOTAL EARNINGS TO DATE → $192,725.80

**12. PRESENTED FOR PAYMENT**

PAYEE: Womack Brothers
2211 State Route 13
Lenzburg, IL 62255

PER [signature]

DATE: September 14, 1999

TITLE: Jim Womack, Partner

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| David E. Mueller [signature] | AREA ENG | 9/17/99 |

| CONTRACTING OFFICER APPROVAL (SIGNATURE) | DATE |
|---|---|
| [signature] | 22 Sep 99 |

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS RETAINED PERCENTAGE | $10,000.00 | |
| C. PREVIOUS PAYMENTS | $182,725.80 | |
| D. PREVIOUS EARNINGS (A+B+C) | | $192,725.80 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $0.00 |
| F. LESS RETAINED PERCENTAGE | $0.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | $0.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | $0.00 |
| I. RETAINAGE REFUNDED | $10,000.00 | |
| J. OTHER REFUNDS | $0.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | $10,000.00 |
| L. AMOUNT DUE CONTRACTOR (E+H+K) | | $10,000.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG (B+F+I) $0.00 TOTAL PAID (C+L) $192,725.80

# GULF INSURANCE COMPANY
## KANSAS CITY, MISSOURI
## POWER OF ATTORNEY

ORIGINALS OF THIS POWER OF ATTORNEY ARE PRINTED ON BLUE SAFETY PAPER WITH TEAL INK. DUPLICATES SHALL HAVE THE SAME FORCE AND EFFECT AS AN ORIGINAL ONLY WHEN ISSUED IN CONJUNCTION WITH THE ORIGINAL.

KNOWN ALL MEN BY THESE PRESENTS: That the Gulf Insurance Company, a corporation duly organized under the laws of the State of Missouri, having its principal office in the city of Irving, Texas, pursuant to the following resolution, adopted by the Finance & Executive Committee of the Board of Directors of the said Company on the 10th day of August, 1993, to wit:

"RESOLVED, that the President, Executive Vice President or any Senior Vice President of the Company shall have authority to make, execute and deliver a Power of Attorney constituting as Attorney-in-Fact, such persons, firms, or corporations as may be selected from time to time; and any such Attorney-in-fact may be removed and the authority granted him revoked by the President, or any Executive Vice President, or any Senior Vice President, or by the Board of Directors or by the Finance and Executive Committee of the Board of Directors.

RESOLVED, that nothing in this Power of Attorney shall be construed as a grant of authority to the attorney(s)-in-fact to sign, execute, acknowledge, deliver or otherwise issue a policy or policies of insurance on behalf of Gulf Insurance Company.

RESOLVED, that the signature of the President, Executive Vice President or Senior Vice President, and the Seal of the Company may be affixed to any such Power of Attorney or any certificate relating thereto by facsimile, and any such Power so executed and certified by facsimile signature and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond and documents relating to such bonds to which they are attached."

Gulf Insurance Company does hereby make, constitute and appoint

BOND NUMBER AE 5943979

PRINCIPAL: NAME, ADDRESS CITY, STATE, ZIP

Womack Brothers
P.O. Box 152
2211 State Route 13
Lenzburg, IL 62255

EFFECTIVE DATE

March 12, 1998

CONTRACT AMOUNT

$ 180,000.00

BOND AMOUNT

$ 180,000.00 - Performance
90,000.00 - Payment

Robert P. McCarty of Edwardsville, Illinois

true and lawful attorney(s)-in-fact, with full power and authority hereby conferred in its name, place and stead, to sign, execute, acknowledge and deliver in its behalf, as surety, any and all bonds and undertakings of suretyship, and to bind Gulf Insurance Company thereby as fully and to the same extent as if any bonds, undertakings and documents relating to such bonds and/or undertakings were signed by the duly authorized officer of the Gulf Insurance Company and all the acts of said attorney(s)-in-fact, pursuant to the authority herein given, are hereby ratified and confirmed.

Obligation of the Company shall not exceed one million ($1,000,000.00) dollars.

IN WITNESS WHEREOF, the Gulf Insurance Company has caused these presents to be signed by any officer of the Company and its Corporate Seal to be affixed.

GULF INSURANCE COMPANY CORPORATE SEAL MISSOURI

GULF INSURANCE COMPANY

Christopher E. Watson
President

STATE OF NEW YORK )
) SS
COUNTY OF KINGS )

On this 1st day of June, 1996 A.D., before me came Christopher E. Watson, known to me personally who being by me duly sworn, did depose and say; that he resides in the County of Westchester, State of New York; that he is the President of the Gulf Insurance Company, the corporation described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

SPIRO K. BANTIS NOTARY PUBLIC STATE OF NEW YORK

SPIRO K. BANTIS
Notary Public, State of New York
No. 24-4861345
Qualified in Kings
Commission Expires May 12, 1998

STATE OF NEW YORK )
) SS
COUNTY OF NEW YORK )

I, the undersigned, Executive Vice President of the Gulf Insurance Company, a Missouri Corporation, DO HEREBY CERTIFY that the foregoing and attached POWER OF ATTORNEY remains in full force.

Signed and Sealed at the City of New York.

GULF INSURANCE COMPANY CORPORATE SEAL MISSOURI

Dated the 12th day of March, 19 98

Lawrence P. Miniter
Executive Vice President

| PERFORMANCE BOND (See instructions on reverse) BOND NO. AE5943979 | DATE BOND EXECUTED (Must be same or later than date of contract) March 12, 1998 | OMB No.: 9000-0045 Expires: 09/30/98 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) |
|---|---|
| Womack Brothers<br>P.O. Box 158<br>2211 State Route 13<br>Lenzburg, IL 62255 | ☐ INDIVIDUAL ☒ PARTNERSHIP<br>☐ JOINT VENTURE ☐ CORPORATION<br>STATE OF INCORPORATION |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| Gulf Insurance Company<br>5550 West Touhy Avenue, Suite 202<br>Skokie, IL 60077-3200 | 000 | 180 | 000 | 00 |
| | CONTRACT DATE: February 18, 1998 | | CONTRACT NO.: DACW43-98-C-0407 | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal -

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

PRINCIPAL

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. [signature] (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Womack Brothers<br>James S. Womack<br>Partner | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | | | | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | Gulf Insurance Company<br>Skokie, IL | STATE OF INC.: Missouri | LIABILITY LIMIT: $ 25,678,000.00 | |
| | SIGNATURE(S) | 1. [signature] | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. Robert P. McCarty, Dann Insurance<br>Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 25 (REV. 1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

53-17

B-5

| PAYMENT BOND (See instructions on Page 2) | DATE BOND EXECUTED (Must be same or later than date of contract) | FORM APPROVED OMB NO. |
|---|---|---|
| BOND NO. AE5943979 | March 12, 1998 | 9000-0045 |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

**PRINCIPAL** (Legal name and business address)

Womack Brothers
P.O. Box 158
2211 State Route 13
Lenzburg, IL 62255

**TYPE OF ORGANIZATION** ("X" one)

- [ ] INDIVIDUAL
- [X] PARTNERSHIP
- [ ] JOINT VENTURE
- [ ] CORPORATION

**STATE OF INCORPORATION**

**SURETY(IES)** (Name(s) and business address(es))

Gulf Insurance Company
5550 West Touhy Avenue, Suite 202
Skokie, IL 60077-3200

| PENAL SUM OF BOND | | | |
|---|---|---|---|
| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| 000 | 90 | 000 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| February 18, 1998 | DACW43-98-C-0407 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | 3. (Seal) | CORPORATE SEAL |
| NAME(S) & TITLE(S) (Typed) | 1. Womack Brothers<br>James S. Womack<br>Partner | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | | | | |
|---|---|---|---|---|
| NAME & ADDRESS | Gulf Insurance Company<br>Skokie, IL | STATE OF INC.<br>Missouri | LIABILITY LIMIT<br>$ 25,678,000.00 | CORPORATE SEAL |
| SIGNATURE(S) | 1. | 2. | | |
| NAME(S) & TITLE(S) (Typed) | 1. Robert P. McCarty, Dann Insurance<br>Attorney-in-Fact | 2. | | |

DEPARTMENT OF THE ARMY
ST. LOUIS DISTRICT, CORPS OF ENGINEERS
1222 SPRUCE STREET
ST. LOUIS, MISSOURI 63103-2833

March 25, 1998

REPLY TO ATTENTION OF:

Contracting Division

SUBJECT: Notice to Proceed, Contract No. DACW43-98-C-0407 for Shower Building Replacement, Rend Lake, North Sandusky Access Area, Big Muddy River, Franklin County, Illinois

Womack Brothers
P. O. Box 158
2211 State Route 13
Lenzburg, Illinois 62255

Gentlemen:

You are hereby notified to begin work under referenced contract. One copy of this notice should be signed, dated and returned.

Sincerely,

Joan F. Schick
Joan F. Schick
Contracting Officer

We hereby acknowledge receipt of notification to begin work under Contract No. DACW43-98-C-0407 as of the date indicated on the Certified Receipt Card that accompanied this notice.

WOMACK BROTHERS

By ______________________

Title Partner

Receipt Date 4/1/98

Registry Receipt Card Shows Date Of Receipt As 3-28-98



Printed on Recycled Paper

b-10

**COP,™ INCORPORATED**

(216) 447-9004
FAX: (216) 447-9137

CONTRACT OPERATIONS PLANNING, INCORPORATED

10055 SWEET VALLEY DRIVE, VALLEY VIEW, OHIO 44125

February 10, 1999

Jay Fowler
Dept. of the Army, St. Louis Dist.
Ray Building
St. Louis, MO 63103

RE: Principal: Womack Brothers
Carrier: Gulf Insurance Company
Project: Shower Building Replacement, Rand Lake (IL)
Bond No.: AE5943979

Dear Mr. Fowler:

This office has been retained by Gulf Insurance Company (Gulf) to investigate claims regarding the above captioned matter. Pursuant thereto, we have received formal notice of claim from Doug White Lumber Inc., one of our Principal's equipment suppliers on the instant project. Therefore, in accordance with the surety's equitable subrogation rights and further rights granted under the General Indemnity Agreement executed by Womack Brothers, it is hereby requested that no further payments be released to Womack Brothers or for its benefit, without the prior consent of this office.

I have enclosed herewith a copy of the General Indemnity Agreement, executed by Womack Brothers, for the benefit of Gulf. Section IV.B.4 states, in part:

> "To secure their faithful performance of this Agreement the Indemnitors hereby...Assign, convey, and transfer to the Surety upon the occurrence of a jeopardy Event all funds due or which may thereafter become due, whether for contract performance, change orders, retainages, claims, awards, settlement, interest, or otherwise, under any and all contract in which any or all of the indemnitors have an interest."

In addition, to assist us with this investigation, your cooperation is requested in providing this office with a status report of the above-captioned project (form attached).

Since swift action may be required to resolve this situation in the most economical manner, your prompt attention to this matter may be critical to the preservation of rights under the bond. We thank you in advance for your early reply. Should you have any questions, do not hesitate to contact the undersigned at (800) 325-9112 or Gulf's legal counsel, Ms. Anne Meyers, at (216) 520-4344.

None of the foregoing should be construed to admit any liability or to waive any rights, remedies, or defenses of Gulf Insurance Company or its Principal.

Very truly yours,

Timothy S. Miracle
Claims Adjuster

CEMVS-CO-CA 23 March 1999

MEMORANDUM FOR FILE

SUBJECT: Contract No. DACW43-98-C-0407, Shower Building Replacement, North Sandusky Access Area, Rend Lake, Big Muddy River, Franklin County, Illinois, Completion Memo

1. The subject contract was substantially complete on 22 Mar 99. Due to circumstances beyond the Contractor's control work was not completed by the revised contract completion date of 12 Mar 99. Modification is being prepared to extend the contract completion date to 22 Mar 99 with no additional costs to the Government.

2. No Government furnished property was utilized on this contract.

3. The estimated final contract amount is $192,725.80.

JAY FOWLER
Project Engineer
Central Area Office

CF:
CEMVS-CO-CA (Fowler, Groetsch)
CEMVS-CO-C
CEMVS-CO-B
CEMVS-CT

March 29, 1999

Central Area Office

SUBJECT: Contract No. DACW43-98-C-0407, Shower Building Replacement, North Sandusky Access Area, Rend Lake, Big Muddy River, Franklin County, Illinois, **Final Inspection**

Womack Brothers
419 Nashville
Lenzburg, Illinois 62255

Gentlemen:

A final inspection for the subject contract was held on March 26, 1999 for the subject contract. The following punch list items were noted during the inspection:

Men Side:

a. Adjust timing on faucet on handicap lavatory.

b. Touch-up paint need above middle urinal and along bottom of west wall in lavatory room.

c. Provide key for freezeless wall hydrants.

d. Clean up paint chips from shower curtains.

e. Adjust timers on showers and/or clean nozzles on shower head.

f. Check all block vents for proper operation and clean sand from vents.

g. Insect screens on interior block vents above showers are loose.

h. Replace screw that is broken off on striker plate on the exterior door.

i. Replace all toilet partitions that were re-painted.

Women Side:

a. Mirror above handicap lavatory is pushed in at the bottom of the frame.

b. Repair holes in masonry wall next to mirror above the handicap lavatory.

c. Check all block vents for proper operation and clean sand from vents.

d. Secure block vent to wall (4rth block vent from the exterior door).

e. Replace fluorescent light bulbs in the shower area.

f. Adjust timers on showers and/or clean nozzles on shower head.

g. Replace all toilet partitions that were re-painted.

h. Provide key for freezeless wall hydrants.

Exterior:

a. Clean out globes on exterior lights.

b. Re-caulk around windows.

c. Grade out rough areas at the southeast corner of the building to facilitate mowing.

Upon completion of these punch list items, the Government will take final acceptance of work. If you have any questions concerning the above items you may contact me at (314) 899-2600, extension 236.

Sincerely,

Jay Fowler
Authorized Representative
of the Contracting Officer

CF:
CO-B (Lewis, Schutte)
CO-CA (Fowler)
CO-C
CT-Y