# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**GULF INSURANCE COMPANY,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 03-626 C

Senior Judge Loren A. Smith

Filed: Tuesday, July 6, 2004

**ORDER**

In accordance with its oral ruling at the June 17, 2004 telephonic status conference, the Court hereby **GRANTS** Government's Motion for Enlargement of Time within which to file its dispositive motion. The Court **ORDERS** the following briefing schedule: Defendant's Motion for Summary Judgment and/or Motion to Dismiss is due Monday, June 21, 2004; Plaintiff's Response and Cross Motion for Summary Judgment are due Monday, August 2, 2004; Defendant's Reply and Opposition are due Monday, August 23, 2004.

Further, the Court **RESCHEDULES** the parties to attend oral argument Thursday, September 9, 2004 3:00 p.m. in Courtroom 9 of The National Courts Building.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE