**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GULF INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-626C** |
| **THE UNITED STATES,** | ) | **(Senior Judge Smith)** |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Rules of the United States Court of Federal Claims, Plaintiff, Gulf Insurance Company ("Gulf"), respectfully requests leave to file the accompanying Reply to Defendant's Response to Plaintiff's Cross-Motion for Summary Judgment. Defendant's counsel does not oppose this request.

By Order dated July 6, 2004, the Court established a briefing schedule for dispositive motions in this matter. While that Order established a date for Defendant's Reply brief regarding Defendant's Motion for Summary Judgment and/or Motion to Dismiss, the Order failed to establish a date for Plaintiff's Reply brief regarding Plaintiff's Cross-Motion for Summary Judgment. Plaintiff's counsel did not notice this oversight until August 20, 2004.

For the foregoing reasons, we respectfully request that the Court grant Plaintiff leave to file a Reply to Defendant's Response to Plaintiff's Cross-Motion for Summary Judgment.

Respectfully submitted,

/s Robert G. Barbour
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
7929 Westpark Drive, Suite 400
McLean, VA 22102
(703) 749-1000

Attorney for Plaintiff

September 1, 2004

CERTIFICATE OF FILING

I hereby certify that on this 1st day of September 2004, a copy of PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s Robert G. Barbour

Ronald G. Morgan, Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530