# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | * | |
| | * | |
| **GULF INSURANCE COMPANY,** | * | |
| | * | |
| *Plaintiffs*, | * | Case No. 03-626 C |
| v. | * | |
| | * | Senior Judge Loren A. Smith |
| | * | |
| | * | Filed: October 26, 2004 |
| **THE UNITED STATES**, | * | |
| | * | |
| *Defendant.* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties are hereby **ORDERED** to participate in a telephonic status conference Monday, November 1, 2004 at 2:00 p.m. E.S.T. to discuss possible consolidation of this matter with *MountBatten Surety Co., v. United States*, 02-1228C, under Rule of the Court of Federal Claims 42(a).

**IT IS SO ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE